No. 80–2059.  RANDALL *v.* REYNOLDSON ET AL.; and

No. 80–2060.  IN RE RANDALL.  C. A. 8th Cir.  Certiorari denied.  JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.

No. 80–2143.  TRANSCONTINENTAL GAS PIPE LINE CORP. *v.* FEDERAL ENERGY REGULATORY COMMISSION.  C. A. D. C. Cir.  Certiorari denied.  JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 80–2066.  UNIVERSITY OF PITTSBURGH *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.  C. A. 3d Cir.  Motion of American Council on Education for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 80–2073.  STEWART *v.* MINNESOTA MINING & MANUFACTURING CO.  C. A. 5th Cir.  Certiorari denied.  THE CHIEF JUSTICE and JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 80–2094.  WEAVER ET AL. *v.* PAYTON.  Sup. Ct. Cal.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari denied.  JUSTICE BRENNAN and JUSTICE BLACKMUN would grant certiorari.

No. 80–2114.  LOCHIATTO ET AL. *v.* FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.  JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the convictions.

No. 80–2151.  NEW JERSEY *v.* RYAN.  Sup. Ct. N. J.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.